IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRY-ANN DOUGLAS,**<br>　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**KENSINGTON COMMUNITY CORPORATION FOR INDIVIDUAL DIGNITIY, d/b/a KENNCCID,**<br>　　　　　**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 24-284** |

**O R D E R**

**AND NOW**, this 31st day of March, 2025, upon consideration of Defendant's Motion to Dismiss (ECF No. 7) and the response thereto (ECF No. 8), **IT IS ORDERED** as follows:

1. Defendant's Motion to Dismiss is **GRANTED** as to (1) Plaintiff's Failure to Accommodate Claims (Count I), regarding Plaintiff's First Accommodation Request and Fourth Accommodation Request, and as to (2) Plaintiff's Hostile Work Environment Claim (Count I). Those claims are **DISMISSED WITHOUT PREJUDICE.**

2. Defendant's Motion to Dismiss is **DENIED** as to all other claims.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HODGE, KELLEY B., J.